UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PATRICK GUIDICE,

        Plaintiff,

   - against -

OUT-LOOK SAFETY, LLC,

        Defendant.
--------------------------------------------------------X

**ORDER**
CV-22-2877 (ST)

**TISCIONE, United States Magistrate Judge:**

A motion hearing regarding [31] MOTION for Judgment Based on Settlement AND [35] Motion to Withdraw as Attorney will be held before the undersigned by phone at 10:30 a.m. on January 9, 2024. Counsel for all parties must participate along with a representative for the defendant. All parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

**SO ORDERED.**

                                                                                                                              s/
                                                        **STEVEN L. TISCIONE**
                                                        **UNITED STATES MAGISTRATE JUDGE**

**Dated:** Central Islip, New York
        **January 2, 2024**